Daniel J. Williams, Esq. (SBN 222841)
LAW OFFICES OF DANIEL J. WILLIAMS
3990 Old Town Ave., Ste. 202-A
San Diego, CA 92110
Tel: (619) 259-0285
Fax: (619) 923-3253
Email: djw2esq@gmail.com

Attorney for plaintiff Rob Bousman, individually and as successor-in-interest to his deceased son, James Bousman

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROB BOUSMAN, individually and as successor-in-interest to his deceased son, JAMES BOUSMAN,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN DIEGO and DOES 1 through 25, inclusive,<br><br>Defendants | Case No.: 23-cv-01648-W-JLB<br><br>**JOINT MOTION FOR STIPULATED DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>Dept.: 3C - Courtroom of the Honorable Thomas J. Whelan<br><br>Magistrate Judge: Hon. Jill L. Burkhardt |

JOINT MOTION PURSUANT TO STIPULATION:

All parties, by and through their respective counsel of record in the above-entitled legal action, stipulate and agree as follows:

1. Plaintiff Rob Bousman, individually and as successor-in-interest to his deceased son, James Bousman, shall and hereby does dismiss all claims and causes of action against Defendant County of San Diego and DOES 1 through 25 in the above-entitled legal action, with prejudice, in exchange for Defendant County of San Diego waiving

its rights to any and all attorney's fees and costs incurred in this action from Plaintiff or Plaintiff's attorneys.

2.  Defendant County of San Diego shall and hereby does waive its right to recover any and all attorney's fees and costs incurred in this action from Plaintiff and/or Plaintiff's attorneys.

Dated: 11/8/24

LAW OFFICES OF DANIEL J. WILLIAMS

*Daniel J. Williams*

Daniel J. Williams, attorney for Plaintiff

Dated: 11/8/24

CLAUDIA G. SILVA, County Counsel

/s/ Sarah Lanham

By: Sarah H. Lanham
Attorneys for Defendant County of San Diego